IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cassandra Loreti,

    Plaintiff,

  v.                           Case No. 2:18-cv-004

Commissioner of
Social Security,

    Defendant.

## ORDER

This matter is before the court for consideration of the December 21, 2018, report and recommendation of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge concluded that the administrative law judge did not adequately explain how limiting plaintiff to work environments without excessive noise accommodates plaintiff's severe impairment of conductive hearing loss in the ears bilaterally and enables her to engage in work-related activities. The magistrate judge recommended that the Commissioner's non-disability finding be reversed, and that this case be remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further proceedings consistent with the report and recommendation.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within the specified time limit "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 16, pp. 12-13. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and

recommendation.

The court adopts the report and recommendation of the magistrate judge (Doc. 16).  The decision of the Commissioner is reversed, and this case is remanded to the Commissioner under §405, sentence four, for further proceedings consistent with the report and recommendation.  The clerk shall enter judgment remanding this case to the Commissioner.


Date: February 25, 2019             s/James L. Graham
                                       James L. Graham
                                       United States District Judge